IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03329-TPO

UNITED STATES OF AMERICA,

      Plaintiff,

v.

STATE OF COLORADO;
COLORADO COMMISSION ON HIGHER EDUCATION;
COLORADO DEPARTMENT OF HIGHER EDUCATION; and
JB HOLSTEN,
In his official capacity as Executive Director of
the Colorado Department of Higher Education,

      Defendants.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on August 10, 2026.**

The above captioned case has been directly assigned to Magistrate Judge O'Hara pursuant to D.C.COLO.LCivR 40.1. The Parties shall complete and file the Magistrate Judge Consent Form [ECF 4-1] on or before **September 9, 2026.**

The Court notes that Plaintiff's claims present legal challenges seeking declaratory and injunctive relief. ECF 1 ¶¶ 70-83. **Within 30 days** of counsel entering appearances on behalf of Defendants, the Parties shall confer and file a Joint Status Report stating whether the Parties anticipate the need to hold a Scheduling Conference in this matter.