IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03329-TPO

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF COLORADO;
COLORADO COMMISSION ON HIGHER EDUCATION;
COLORADO DEPARTMENT OF HIGHER EDUCATION; and
JB HOLSTEN,
In his official capacity as Executive Director of
the Colorado Department of Higher Education,

Defendants.

---

**MINUTE ORDER**

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on August 26, 2026.**

Pursuant to the Election Concerning Consent/Non-Consent form [ECF 12] filed by the Parties expressing non-consent under D.C.COLO.LCivR 40.1(c)(8), the Court directs the Clerk of the Court to **reassign** this case under D.C.COLO.LCivR 40.1(a) to a District Judge. This Court may continue on the case to hear matters referred by the district judge under 28 U.S.C. § 636(b), Fed. R. Civ. P. 72, and D.C.COLO.LCivR 72.1(c).