IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-03329-CNS-TPO

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF COLORADO;
COLORADO COMMISSION ON HIGHER EDUCATION;
COLORADO DEPARTMENT OF HIGHER EDUCATION;
JB HOLSTON, in his official capacity as Executive Director of the Colorado Department of Higher Education,

Defendants.

---

ORDER OF RECUSAL

---

Title 28 U.S.C. § 455(a) requires that a judge disqualify herself in certain circumstances in which her impartiality might be reasonably questioned. The provision is self-enforcing on the part of the judge. *See United States v. Pearson*, 203 F.3d 1243, 1276 (10th Cir. 2000).

I conclude that I must recuse myself from further participation in this case. Accordingly, it is ORDERED that:

(1) I recuse myself from further participation in this matter;

(2) The Clerk of the Court shall reassign this case to another District Judge.

DATED this 17th day of November 2026.

BY THE COURT:

________________________________________________

Charlotte N. Sweeney
United States District Judge